UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRIGHTON COLLECTIBLES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WWW.FIDGETNECKLACEUK.COM, an entity of unknown origin, and DOES 1-10,<br><br>Defendants. | Case No. 2:18-CV-02017-ODW-PJW<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S EX PARTE APPLICATION [23]** |

On April 3, 2018, Plaintiff Brighton Collectibles, LLC ("Brighton") applied ex parte for an Order (1) modifying this Court's March 13, 2018 temporary restraining order to include www.fidgetnecklacesaleuk.com as an enjoined website; and (2) compelling GoDaddy and Energy Group Networks dba EGI Hosting to provide information regarding the owners and operators of the infringing websites.

The Court hereby **ORDERS** the following:

1. The Court's March 12, 2018 Order Granting in Part Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause Re Preliminary Injunction – Doc. No. 16 – is modified to include www.fidgetnecklacesaleuk.com within the definition of the "Website" being enjoined.

2. The Court **DENIES** Brighton's request for an order compelling GoDaddy and EGI Hosting to comply with the subpoenas without prejudice. The proper vehicle for such relief is a Motion to Compel pursuant to the Federal Rules of Civil Procedure and the Local Rules of this District.

IT IS SO ORDERED.

Dated: April 4, 2018

Hon. Otis D. Wright, II
United States District Court Judge