BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
  pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

LAW OFFICES OF GARY FREEDMAN
Gary Freedman (State Bar No. 49922)
  logaryfreedman@gmail.com
1149 Third Street, Suite 200
Santa Monica, California 90403
Telephone: (310) 576-2444
Facsimile: (310) 576-2440

Attorneys for Plaintiff
Brighton Collectibles, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRIGHTON COLLECTIBLES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WWW.FIDGETNECKLACEUK.COM, an entity of unknown origin, and DOES 1-10,<br><br>Defendant. | Case No. 2:18-CV-02017 ODW (PJWx)<br>Hon. Otis D. Wright, II<br>Magistrate Judge Patrick J. Walsh<br><br>**PROOF OF SERVICE ON SUMMONS, COMPLAINT AND VARIOUS ORDERS**<br><br>Judge:  Hon. Otis D. Wright, II |

# PROOF OF SERVICE

**Brighton Collectibles, LLC vs. www.fidgetnecklaceuk.com**
**United States District Court, Central District of California**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On April 17, 2018, I served true copies of the following document(s) described as

1. SUMMONS & COMPLAINT;
2. IN CHAMBERS ORDER 4/16/18;
3. MINUTES OF STATUS CONFERENCE 4/16/18;
4. ORDER GRANTING IN PART & DENYING IN PART PLAINTIFF'S EX PARTE APPLICATION 4/4/18;
5. ORDER RE OSC TRO 3/19/18;
6. MINUTE ORDER 3/15/18;
7. MINUTE ORDER RE COURTROOM PROCEEDINGS 3/13/18; AND
8. ORDER GRANTING IN PART & DENYING IN PART PLAINTIFF'S EX PARTE APPLICATION (1) TRO & (2) OSC OF 3/12/18

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** On April 18, 2018, based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address cbonilla@bgrfirm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 18, 2018, at Los Angeles, California.

Claudia Bonilla

1032586.1

-1-

Case No. 2:18-CV-02017 ODW (PJWx)

PROOF OF SERVICE ON SUMMONS, COMPLAINT AND VARIOUS ORDERS

## SERVICE LIST

***Brighton Collectibles, LLC vs. www.fidgetnecklaceuk.com*** 
**United States District Court, Central District of California** 
**Case No. CV 18-02017-ODW(PJW)**

<u>www.fidgetnecklaceuk.com</u>　　　　　Defendant

By Email:

servicevip07@gmail.com;
support5@webmicroshop.com; and
customerservice1005@hotmail.com