UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRIGHTON COLLECTIBLES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WWW.FIDGETNECKLACEUK.COM, an entity of unknown origin, and DOES 1-10,<br><br>Defendants. | Case No. 2:18-cv-02017-ODW-PJW<br><br>**PRELIMINARY INJUNCTION** |

1034061.1

On March 12, 2018, this Court granted in part plaintiff Brighton Collectibles, LLC's ("Brighton") ex parte application for a temporary restraining order and order to show cause re preliminary injunction against www.fidgetnecklaceuk.com. (ECF No. 16.)

Following entry of this Court's temporary restraining order, the persons operating www.fidgetnecklaceuk.com created a new website – www.fidgetnecklacesaleuk.com – that continued to infringe upon the intellectual property rights of Brighton.

On April 4, 2018, this Court granted Brighton's ex parte application for an order modifying the temporary restraining order to include www.fidgetnecklacesaleuk.com as an enjoined website. (ECF No. 24.) (The websites www.fidgetnecklaceuk.com and www.fidgetnecklaceuk.com are referenced hereinafter collectively as the "Websites".)

Having reviewed the papers, declarations, exhibits, and memorandum of law, the Court hereby makes the following findings of fact and conclusions of law:

1. Brighton has demonstrated that it is entitled to a preliminary injunction by establishing that it is likely to succeed on the merits of its claims, that it is likely to suffer irreparable harm absent the injunctive relief, that the equities weigh in favor of the injunctive relief, and that the public interest weighs in favor of the injunctive relief.

2. With respect to the likelihood of success on the merits, the evidence shows the following:

- Brighton owns the registered trade name "Brighton," various common-law trademarks that Brighton has used extensively in commerce in conjunction with its accessory collections, and multiple registered copyrighted designs.

- The Websites used Brighton's trademarks to advertise and purportedly to offer for sale authentic Brighton products in a confusingly similar

manner.

- The Websites displayed and purportedly offered for sale exact duplicates of Brighton's copyrighted designs.

- Brighton has not authorized any of the Websites' use of its intellectual property.

The Court thus finds that Brighton is likely to succeed on the merits of its claims.

3. With respect to the irreparable harm factor, the evidence shows that the infringing acts of the Websites are likely to cause irreparable harm to Brighton's sales, reputation, and goodwill. Furthermore, the creation and operation of www.fidgetnecklacesaleuk.com shortly after the takedown of www.fidgetnecklaceuk.com indicates that, absent a preliminary injunction, the infringing acts are likely to recur in the future.

4. With respect to the balance of equities and public interest factors, the evidence shows that the continued infringement on the Websites is likely to harm Brighton and consumers, and there is no countervailing interest in protecting the activities of the Websites.

**THEREFORE, IT IS HEREBY ORDERED THAT** the persons operating the Websites, as well as their officers, agents, servants, employees, attorneys, and any persons in active concert or participation with them having knowledge of this Order are preliminarily enjoined from:

a. Displaying, advertising, offering for sale, selling, reproducing, or otherwise using Brighton's trademarks (or any colorable imitation of Brighton's trademarks) or Brighton's copyrights; or

b. Taking any action that directly or indirectly enables, facilitates, permits, assists, encourages or induces the display, advertising, offering for sale, selling, reproduction, or otherwise use of Brighton's trademarks or copyrights;

c. Moving, destroying, or otherwise disposing of any computer files,

electronic files, business records, or documents related to the Websites.

**IT IS FURTHER ORDERED THAT** the certified check in the amount of $10,000 that Brighton previously posted as security – see ECF No. 20 – is deemed adequate for payment of such damages as any person may be entitled to recover as a result of a wrongful seizure or restraint hereunder.

**IT IS SO ORDERED.**

Dated: April 25, 2018

_____
Hon. Otis D. Wright, II
United States District Court Judge

1034061.1

-3-
PRELIMINARY INJUNCTION